**WO**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TCK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Billy Hout, | No. CV 05-2332-PHX-MHM (DKD) |
| Plaintiff, | **ORDER FOR PAYMENT** |
| vs. | **OF REMAINING BALANCE** |
| Joseph Arpaio, | **OF INMATE FILING FEE** |
| Defendant. |  |

**TO: ARIZONA DEP'T OF CORRECTIONS DIRECTOR DORA B. SCHRIRO.**

Plaintiff Billy Hout, 202037, presently confined in the Arizona State Prison Complex in Florence, Arizona has been assessed a filing fee of $250 for this action pursuant to 28 U.S.C. § 1915(b)(1). An Order to collect the filing fee was previously issued to the Maricopa County Sheriff. See Order (Dkt. #3). Plaintiff has since been transferred to the custody of the Arizona Department of Corrections, and only $4.05 of the filing fee has been collected. Therefore, the Director of the ADOC or her designee is now required to incrementally collect the $243.95 balance of the fee must from Plaintiff's inmate's trust account.

**IT IS ORDERED:**

(1) The reference to the Magistrate Judge is withdrawn as pertains to the filing fee.

(2) The Director of the Arizona Department of Corrections or her designee must forward to the Clerk of Court the $243.95 balance of the filing fee, by collecting monthly payments from Plaintiff's trust account in an amount equal to 20 percent of the preceding

1 month's income, each time the amount in the account exceeds $10.00. The payments must
2 be clearly identified by the name and number assigned to this action.

3     (3) The Director of the Arizona Department of Corrections or her designee must
4 notify the Clerk of the Court in writing when Plaintiff is released or transferred to a
5 correctional institution other than the Arizona Department of Corrections, so new billing
6 arrangements may be made to collect any outstanding balance.

7     (4) The Clerk of the Court must serve by mail a copy of this Order on the Director
8 of the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

9     (5) The Clerk of the Court must serve by mail a copy of this Order on Michael
10 Brodsky, Office of the Arizona Attorney General, 1275 West Washington, Phoenix, Arizona,
11 85007.

12     DATED this 8th day of June, 2006.

_____
Mary H. Murgula
United States District Judge